# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL FRANTZ,<br><br>             Plaintiff,<br><br>    v.<br><br>MOHYDDIN,<br><br>             Defendants. | Case No.: 1:20-cv-01550-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 6) |

Plaintiff Karl Frantz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On November 6, 2020, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 5.) Also on November 6, 2020, Plaintiff filed another motion to proceed *in forma pauperis*. (ECF No. 6.)

It appears the Court's order has crossed in the mail with Plaintiff's motion. As Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, no further applications are needed. Accordingly, Plaintiff's November 6, 2020 motion to proceed *in forma pauperis*, (ECF No. 6), is DENIED as moot.

IT IS SO ORDERED.

Dated:   **November 9, 2020**         /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE