# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL FRANTZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MOHYDDIN, *et al.*,<br><br>        Defendants. | Case No. 1:20-cv-01550-NONE-BAM (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 11)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff Karl Frantz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 11, 2020, the Court screened Plaintiff's first amended complaint and issued findings and recommendations regarding dismissal of certain claims. (ECF No. 11.) Plaintiff was directed to file objections within fourteen (14) days of service. (Id.) Plaintiff filed objections on December 23, 2020. (ECF No. 12.)

In his objections, Plaintiff notes an error in the findings and recommendations regarding the location of the events at issue in his first amended complaint. Plaintiff states that he was at "'C.M.H.F.' California Medical Hospital in Stockton, California not at S.A.T.F." (Id. at 3.) Based on this information, it appears that Plaintiff alleges violations of his civil rights that took place in San Joaquin County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been

filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. The Court finds it appropriate to vacate the pending findings and recommendations.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on December 11, 2020, (ECF No. 11), are VACATED;
2. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and
3. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: __December 30, 2020__        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2